UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
                                                       :
JASMINE TORO, on behalf of herself and all  :
others similarly situated,                             :
                                                       :
                              Plaintiff,               :          23-CV-7036 (VSB)
                                                       :
              -against-                                :          **ORDER**
                                                       :
Brooke & Dylan, LLC,                                   :
                                                       :
                              Defendant.               :
---------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

  Plaintiff Jasmine Toro initiated this matter by filing a complaint on August 9, 2023.

(Doc. 1.)  On October 9, 2023, Defendant Brooke & Dylan, LLC ("Brooke & Dylan") filed its

answer to the complaint.  (Doc. 8.)  On October 10, 2023, I entered an Order directing the parties

to submit a joint letter and a proposed case management plan and scheduling order on or before

October 24, 2023.  (Doc. 9.)  To date, the parties have not done so.  Accordingly, the parties are

hereby

  ORDERED to file the joint letter and proposed case management plan and scheduling

order by no later than October 31, 2023.  If the parties fail to do so, I will dismiss this case for

failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:  October 26, 2023
  New York, New York

               _____
               Vernon S. Broderick
               United States District Judge