UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
JASMINE TORO, *on behalf of herself and all* :
*others similarly situated*, :
:
                           Plaintiff, :      23-CV-7036 (VSB)
:
              -against- :      **ORDER**
:
BROOKE & DYLAN, LLC, :
:
                      Defendant. :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On October 30, 2023, I entered a Case Management Plan and Scheduling Order that directed the parties to submit a joint post-discovery letter (the "PDC Letter") by April 23, 2024. (Doc. 12.) To date, the parties have not done so. Accordingly, it is hereby:

ORDERED that the parties shall file a PDC Letter by May 1, 2024. If the parties fail to do so, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The parties are directed to the Case Management Plan and Scheduling Order for guidance regarding what information the letter should include.

IT IS FURTHER ORDERED that the post-discovery conference scheduled for May 3, 2024 is adjourned until further notice.

SO ORDERED.

Dated: April 25, 2024
       New York, New York

                                                               Vernon S. Broderick
                                                               United States District Judge